# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Utron, Inc. | ) ASBCA Nos. 59390, 60127 |
| | ) |
| Under Contract Nos. HQ0006-05-C-7224 | ) |
| N00014-06-C-0384 | ) |
| N68335-07-C-0144 | ) |

APPEARANCE FOR THE APPELLANT:            John G. Horan, Esq.
                                          Dentons US LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:          E. Michael Chiaparas, Esq.
                                          DCMA Chief Trial Attorney
                                          Gregory T. Allen, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

## ORDER OF DISMISSAL

Utron, Inc. on 29 January 2016 moved for dismissal of these appeals without prejudice. Appellant advises that its assets are being liquidated for the benefit of its creditors, and lacks "the means to prosecute" the captioned appeals. Accordingly, the above appeals are hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeals within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 2 February 2016

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59390, 60127, Appeals of Utron, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
